FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -7 2018

JAMES W. McCORMACK, CLERK

By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )          No.  4:18CR 00607 BRW
vs.                               )
                                  )          18 U.S.C. § 922(g)(1)
VALEN RAY GILMER                  )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

A.    Prior to October 23, 2018, defendant,

VALEN RAY GILMER,

had previously been convicted as follows:

1.    In Pulaski County Circuit Court for theft by receiving, in criminal case
CR-2010-0835; and

2.    In Pulaski County Circuit Court for possession of firearms by certain
persons, in criminal case CR-2013-2877.

B.    The crimes set forth in paragraph A above were punishable by a term of
imprisonment exceeding one year.

C.    On or about October 23, 2018, in the Eastern District of Arkansas, defendant

VALEN RAY GILMER,

did knowingly possess the following firearms and ammunition, in and affecting commerce, to
wit:

1.    a Zastava,7.62x39mm rifle, Model PAP M92PV, bearing serial number
M92PV061864;

2.    a Kel Tec, model KSG, 12-gauge shotgun, bearing serial number XMH10;

3. a Llama, 380 caliber pistol, bearing serial number A07468;

4. a Walther, 22 caliber pistol, UZI, bearing serial number W1023944; and

5. 483 rounds of assorted caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED).