UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUL - 2 2020
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK
IN OPEN COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:18CR00607 BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| VALEN RAY GILMER | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

A.   On or about October 23, 2018, the defendant,

VALEN RAY GILMER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.   Theft by receiving, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2010-0835; and

2.   Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2013-2877.

B.   On or about October 23, 2018, in the Eastern District of Arkansas, the defendant,

VALEN RAY GILMER,

knowingly possessed, in and affecting commerce, one or more of the following:

1.   A firearm, that is: a Zastava, 7.62x39mm rifle, Model PAP M92PV, bearing serial number M92PV061864;

2.   A firearm, that is: a Kel Tec, model KSG, 12-gauge shotgun, bearing serial number XMH10;

1

3.    A firearm, that is:  a Llama, 380 caliber pistol, bearing serial number A07468;

4.    A firearm, that is: a Walther, 22 caliber pistol, UZI, bearing serial number W1023944; and

5.    One or more rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, Valen Ray Gilmer, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

CODY HILAND
United States Attorney

*Amanda Fields*

Amanda Fields
Bar No. 2009078
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Amanda.Fields@usdoj.gov

2