PROB 12B
ED/AR (12/2012)

## United States District Court

for the

### Eastern District of Arkansas

**Request for Modifying the Conditions or Term of**
**With Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 21, 2025
Tammy H. Downs, Clerk
By: Melanie Beard D.C.
DEP CLERK

Name of Offender:   Valen Ray Gilmer                    Case Number:   4:18CR00607-BRW-001

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
United States District Judge

Original Offense:   Felon in Possession of Firearm

Date of Sentence:   November 5, 2020

Original Sentence:   72 months Bureau of Prisons followed by 3 years supervised release

Type of
Supervision:   Supervised Release

Date Supervision Commenced:   April 2, 2024
Date Supervision Expires:   April 1, 2027

U. S. Probation
Officer:  Antonio Austin

Asst. U.S.
Attorney:   Kristin Bryant

Defense
Attorney:   To be appointed

---

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

**You must participate in a mental health treatment program under the guidance and supervision of the probation office. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.**

**You must take all mental health medications as prescribed by your treating physician. You must pay the costs of the medication, if financially able to do so.**

### CAUSE

Mr. Gilmer self-reports past diagnoses of Schizophrenia, Post-Traumatic Stress Disorder (PTSD), and a history of behavioral problems, which include psychiatric hospitalization for homicidal thoughts. Additionally, Mr. Gilmer received a mental health assessment on April 14, 2007, which diagnosed him with AXIS-1 Disruptive Behavior Disorder and cannabis abuse. Mr. Gilmer was recently admitted into Bridgeway from November 9, 2024, through November 14, 2024, for suicidal ideations. The discharge summary diagnosis is Bipolar Disorder, most recent episode manic severe with psychosis. Mr. Gilmer admitted to cannabidiol (CBD) usage on November 14, 2024. Mental health disorders may be a barrier to receiving effective correctional treatment and hamper the defendant's ability to respond to supervision requirements. Therefore, the U.S. Probation Office is requesting the above noted modifications to ensure he takes medications as prescribed, compliance, mental

Prob 12B                                    - 2 -                          Request for Modifying the
                                                                  Conditions or Term of Supervision
                                                                       With Consent of the Offender

Name of Offender:  Valen Ray Gilmer                    Case Number:  4:18CR00607-BRW-001

health stability, and effective supervision. The Prob 49 Waiver of Hearing form was explained and executed with Mr. Gilmer. Additionally, the form was provided to Federal Public Defender Lisa Peters for review with Mr. Gilmer.


_____                    _____
Antonio Austin                                                  Kristin Bryant
U.S. Probation Officer                                        Assistant U.S. Attorney

Date:  November 18, 2024                                  Date:  1/14/25

Approved by:

_____
Jason Stewart
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other

_____                    _____1-21-2025_____
Honorable Billy Roy Wilson                              Date
United States District Judge


c:    Federal Public Defender Lisa Peters
      Assistant U.S. Attorney Kristin Bryant

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

### ADD

You must participate in a mental health treatment program under the guidance and supervision of the probation office. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

You must take all mental health medications as prescribed by your treating physician. You must pay the costs of the medication, if financially able to do so.


Witness _____          Signed _____
             Antonio Austin                              Valen Ray Gilmer
         (U.S. Probation Officer)                (Probationer or Supervised Releasee)


                                             11/15/2024
                                                (Date)

Signed _____
              Lisa Peters
       (Federal Public Defender)